IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHANIS-ORTON MORNINGSTAR/HOBBS**                                    **PLAINTIFF**
**ADC #164590**

v.                                    Case No. 4:20-cv-00905-KGB

**WENDY KELLEY**, *et al.*                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Khanis-Orton Morningstar/Hobbs's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 4th day of December, 2020.

_____
Kristine G. Baker
United States District Judge